IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ENOCH SMITH,
(a.k.a. "Rudy Slack"), et al,

    Defendants.                               Case No. 05-cr-30133-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court is defendant Enoch Smith's (a.k.a. "Rudy Slack") Motion to Appoint New Counsel (Doc. 219). A hearing was conducted on September 6, 2006, in order to hear Defendant's reasons for requesting new counsel. Due to a severe breakdown in the attorney-client relationship, the Court hereby **GRANTS** Defendant's Motion (Doc. 219). As such, defendant Smith's current counsel, Eric Butts, is hereby withdrawn as representative counsel for defendant Smith in this case. In his stead, the Court hereby **APPOINTS Thomas Patrick Deaton, Jr.,** as the CJA attorney to represent defendant Enoch Smith in this matter.

**IT IS SO ORDERED.**

Signed this 7th day of September, 2006.

                                                  /s/       David   RHerndon
                                                  **United States District Judge**