**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**

**ENOCH SMITH (a.k.a., "Rudy Slack"),
et al.,**

     **Defendants.**                  **Case No. 05-cr-30133-07-DRH**

<u>**ORDER**</u>

**HERNDON, District Judge:**

     This cause coming before the Court on the Motion of defendant Enoch Smith to review wire tap information (Doc. 271) and the Court being fully advised in the premises, finds that the Government, in its Response (Doc. 274), does not object to the relief sought and that said Motion should be **GRANTED**.

     Accordingly, the Court hereby **ORDERS** that counsel representing defendant Enoch Smith be allowed to inspect and to copy the following:

     A.     A copy of the Court Order and accompanying Application under which any wire, oral, or electronic communication was authorized or approved.

B.   All reports and other documents which pertain to the Application or approval of the interception of any wire, oral, or electronic communication.

**IT IS SO ORDERED.**

Signed this 28th day of December, 2006.

/s/          David   RHerndon
**United States District Judge**