IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ENOCH SMITH (a.k.a., "Rudy Slack"),
et al.,

    Defendants.                        Case No. 05-cr-30133-07-DRH

## MEMORANDUM & ORDER

**HERNDON, District Judge:**

    Before the Court are two Motions made on behalf of defendant Enoch Smith. The first is a Motion to Produce Evidence Favorable to defendant Smith (Doc. 295). The second is a Motion for Disclosure of Impeaching Information (Doc. 296). The Court notes that the Government has complied with Defendant's requests made in the first Motion (Doc. 295) through its various Responses (Docs. 308, 310 & 313) and the second Motion through a single Response (Doc. 309). Defendant has not stated otherwise. Therefore, a ruling upon either Motion is unnecessary, as the Court finds that the Government has complied with Defendant's requests for relief. Said Motions (Docs. 295 & 296) will thereby no longer be pending before this Court.

    **IT IS SO ORDERED.**

Signed this 17th day of January, 2007.

                                                      /s/       David   RHerndon
                                                      **United States District Judge**