IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUDY SLACK,

    Defendant.                          Case No. 05-cr-30133-7-DRH

## ORDER

**HERNDON, District Judge:**

    Before the Court is defendant Rudy Slack's Motion for Additional Time to File Post-Verdict Motion for Judgment of Acquittal (Doc. 438). Slack requests this additional time in order to more fully research and prepare such Motion. Pursuant to **Federal Rule of Criminal Procedure 29(c)(1)**, "[a] defendant may move for a judgment of acquittal, or renew such a motion, within 7 days after a guilty verdict or after the court discharges the jury, whichever is later." However, the Court may permit an extension of time under **Federal Rule of Criminal Procedure 45(b)**.

    The above-case amounted to a lengthy trial, involving Slack and four other codefendants. Undoubtedly, for counsel to review the record of the trial, in order to identify, research and argue grounds in support of a post-verdict motion for judgment of acquittal will likely require more time than the statutory 7 days given under Rule 29(c)(1). Further, the Motion states that the Government does not object

to this request.  Therefore, for good cause shown, defendant Slack's Motion (Doc. 438) is **GRANTED**.  Defendant Slack shall have until **March 5, 2007** to file his Motion for New Trial.

    **IT IS SO ORDERED.**

    Signed this 22nd day of February, 2007.

                                               /s/        David   RHerndon
                                              **United States District Judge**