**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

       **v.**

**RUDY SLACK,**                         **NO. 05-30133-07-DRH**

       **Defendant.**

**ORDER**

**HERNDON, District Judge:**

       On motion of the United States of America and for good cause shown, the Court hereby **GRANTS** the Government's Motion for Enlargement of Time to File Responses to Defendant's Objections to PSR. (Doc. 520.) Government's Response is now due June 25, 2007.  Currently, Defendant's sentencing is set for June 15, 2007. In light of the additional time required to respond to Defendant's Objections to the PSR, the Court will continue Defendant's sentencing set for June 15, 2007 and reset it for August 3, 2007 at 9:30 a.m.

       **IT IS SO ORDERED.**

       Signed this 4th day of June, 2007.


                     /s/       David  RHerndon
                     **United States District Judge**