IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUDY SLACK, a/k/a ENOCH SMITH,

    Defendant.                                       Case No. 05-cr-30133-7-DRH

## ORDER

**HERNDON, Chief Judge:**

On October 7, 2008, the Seventh Circuit Court of Appeals issued a Mandate, in which it vacated and remanded defendant Rudy Slack's sentence for resentencing with this Court, in light of ***Kimbrough*** (Doc. 665). Pursuant to the Seventh Circuit's Mandate, the Court hereby **REAPPOINTS** attorney Thomas P. Deaton, Jr., to serve as **CJA** counsel for defendant Slack in order to represent him during his resentencing. **18 U.S.C. § 3006A(a)**. Further, the Court hereby sets Slack's resentencing hearing for **Friday, February 6, 2009 at 9:30 a.m.**

    **IT IS SO ORDERED**

Signed this 30th day of December, 2008.

                                        /s/   *David R Herndon*

                                        **Chief Judge**
                                        **United States District Court**